```
UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA

                                CASE NO. 09-61548-CIV-LENARD
                                MAGISTRATE JUDGE P.A. WHITE
FRANK CRIMI,                    :

        Plaintiff,              :    REPORT OF MAGISTRATE
                                            JUDGE
v.                              :

ALEXIA GERTZ, et al.,

        Defendant(s).           :
_____
```

The <u>pro se</u> plaintiff in this case has not paid the Clerk's filing fee, but has filed a motion to proceed *in forma pauperis.* The information provided, however, is too sparse to permit the Court to rule upon the motion. The plaintiff was ordered to file an amended motion to include a six month account statement pursuant to 28 U.S.C. §1915 (a) and (b), as amended April 26, 1996, which requires that if a prisoner brings a civil action <u>in forma pauperis</u>, the prisoner must be required to pay the full filing fee.

The plaintiff was ordered to file the amended motion on or before December 4, 2009. He has failed to comply. He was cautioned that failure to timely complete and file the required documents will result in a report recommending that the case be dismissed if the filing fee of $350.00 has not already been paid.

It is therefore recommended that this complaint be dismissed for lack of prosecution.

Objections may be filed within fourteen days following receipt of this Report. The plaintiff may file his amended motion to proceed <u>in forma pauperis</u> with his objections.

Dated this 5th day of January, 2010.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

cc:   Lidelien Cadet, Pro Se
      #570901232
      Metro West Detention Center
      Address of record