UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61548-CIV-LENARD/WHITE

**FRANK CRIMI**,

        Plaintiff,

vs.

**ALEXIA JOANNAOU GERTZ, et al.**,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 7)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 7), issued on January 5, 2010, recommending that this case be dismissed due to lack of prosecution. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7), issued on January 10, 2010, is **ADOPTED**.

2. This case is **DISMISSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of January, 2010.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**